UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

OCT 19 2016

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| --- | --- | --- |
|  | ) | CAUSE NO: |
| v. | ) |  |
|  | ) | 2 - 16 CR 145 |
| MARLONN HICKS | ) | 18 U.S.C. § 842(p)(2) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### 18 U.S.C § 842

On or about June 21, 2016 in the Northern District of Indiana, the defendant,

**MARLONN HICKS**,

did knowingly distribute information pertaining to, in whole or in part, the manufacture or use of a destructive device with the intent that the information be used for, or in furtherance of, an activity that constitutes a federal crime of violence, in that he shared a manual on explosives during a series of online communications that discussed participating in an attack that would constitute a federal crime of violence, as defined in Title 18, United States Code, Section 16, including, but not limited to violations of Title 18, United States Code, Section 2332a;

All in violation of Title 18, United States Code, Section 842(p)(2)(A).

1

DAVID CAPP,
United States Attorney

By: S/Joshua P. Kolar
Joshua P. Kolar
Assistant U. S. Attorney

S/Adam L. Small
Adam L. Small
Trial Attorney
National Security Division
Counterterrorism Section