AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:16-CR-150 |
| Marlonn Hicks | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  _____10/28/2016_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Roxanne Mendez Johnson
*Printed name of defendant's attorney*

_____/s/Andrew P. Rodovich_____
*Judge's signature*

Andrew P. Rodovich, U.S. Magistrate Judge
*Judge's printed name and title*