UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARLONN HICKS )<br>Defendant. ) | Cause No. 2:16-CR-150-JVB-APR |

### CONSENT TO RULE 11 PLEA IN A FELONY CASE
### BEFORE A UNITED STATES MAGISTRATE JUDGE

I have been advised of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to entering my plea before a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have the with the United States and will adjudicate guilt and impose sentence.

**DATED** this 28th day of October, 2016.

_____
Defendant

_____
Attorney for Defendant

The undersigned, on behalf of the United States of America, consents to the Defendant's entry of a plea before a United States Magistrate Judge.

_____
Assistant United States Attorney