# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-cr-150 JVB |
| MARLONN HICKS | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge on a plea of guilty by Defendant Marlonn Hicks (DE 11). No objections have been filed to Magistrate Judge's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Marlonn Hicks, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the Information.

SO ORDERED on March 15, 2017.

                                                                    s/ Joseph S. Van Bokkelen
                                                                    Joseph S. Van Bokkelen
                                                                    United States District Judge