Leroy and Sharron Hicks
417 165th Street
Hammond, IN 46324-1327
219-853-1509

Date:  14 June 2017

-FILED-

JUN 19 2017

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FOR: **The Honorable Magistrate Judge Andrew P. Rodovich**
United States District Court for the Northern District of Indiana
Courtroom 7 on the 3rd floor
5400 Federal Plaza
Suite 3400
Hammond, IN 46320
rodovich_chambers@innd.uscourts.gov
(219) 852-6600

### Sentencing - Ref: Marlonn Joseph Lahroy Hicks - (SEC-3D)

I am writing on behalf of our son, Marlonn, who has signed a plea deal – after I had told him not to sign it as **he is not and has never been a terrorist**. I found out about this last year and have been praying about the entire matter and what or to whom do you beseech in such a case as this.

I am not going to tell you that Marlonn has been the excellent role model for a son, for there have been many challenges with him, because of personal home matters, and I know that no one is perfect. However, I do know that he was brought up in a Pentecostal home, where we believe in the Father (God), Son (Jesus Christ), and the Holy Spirit (Holy Ghost) – the Trinity! Marlonn had taken up with some Muslim fellows and what they were saying to him – from what he told us, was just incredible. We believe that Jesus Christ, the Son of God came from Eternity, stepped into our time, to reconcile us back to God - because we were separated from Him because of Sin. Marlonn started rejecting what he had been taught all of his life – because he thought he was grown, and someone told him that our Bible, the King James Version Bible wasn't the truth, and that the Koran was the true scriptures.

We have had many conversations about this, and even since he's been incarcerated, and we believe deep down Marlonn, contrary to what he's been told, knows that Jesus Christ is the only way whereby men can be saved from sin. Leroy (his father) is not well, and has been going down in health since this has happened and is still not doing well, from worrying about Marlonn. We would get into many arguments about discipline Marlonn, where I would be the disciplinarian and he'd (Leroy) would get mad at me about it. It would always end with my telling him that if you spare the rod you spoil the child, and one day, this boy (Marlonn) is going to make you cry. (Not only would I say this but his Grandmother would say the same thing also).

### Sentencing - Ref: Marlonn Joseph Lahroy Hicks - (ZC Z532)

We have spoken to an attorney, and from that conversation, we understood, that Marlonn was going to do some kind of Jail time – just didn't know how much, but yet hopeful that the Judge would be lenient in this case. We have two other sons and a daughter (with our marriage), with numerous grand and great-grandchildren. Leroy has many other children, and, great and great –great grandchildren - that are grown, from other relationships – but they are not close to him.

We're writing on Marlonn's behalf, requesting that you have pity on him along with grace and mercy, that if you would be lenient in your sentencing of him, mainly because of his father – as it is taking a toll on Leroy. He has a pacemaker and uses Oxygen daily just to get around. I was admitted into the hospital on 31MAY2017 with pulmonary embolisms (both lungs) and DVT's in my legs, they released me on meds from Community 04JUN2017, and things are a little difficult for me. I'm yet working and trying to finish four more years to be able to retire with 40 years of government service. Presently, I know it's a God-case…and I know he knows my expected end…smile!

We both were a bit concerned about what was going on with Marlonn, as he has put us through some changes (especially now) that only God knows, but we are thankful to him also, which has kept us prayerful in believing that God will be his

ultimate deliverer. We are also grateful, as the Attorney Scott King told us that you weren't the "normal" judge, thus this letter – asking for grace and mercy in this case. We have, once again been shown just how much God loves us, in spite of our frailties, good and bad, and that He knows everything there is to know about us, and yet forgives us, and gives us another chance – because of his love. Christ - who knew us before we made it to my mother's womb, went to the lowest of hell, and then rose again just for us; conqueror of death and hell, and we are glad about it. I feel that way about Marlonn, I know everything about him, and yes he has challenged us to no end, but we (the family) yet love him dearly, he (Marlonn) doesn't think so – but we do.

Marlonn was always a lot of fun as an Uncle for the Nieces and Nephews, his brother's and sister have always been supportive of him, as the youngest sibling; especially when he was doing things that are right, but when he was in the wrong, they let him have it both barrels because he was the youngest.

Your Honor, we are just requesting that you be lenient in your sentencing of him – he has bad conversations, may have sent information that possibly, anyone could have done the same, but we believe in my soul that Marlonn was not really aware, as us, of the different laws pertaining to the Patriot Act, since Sep2001, we understand that it is no excuse – for not knowing – but again we are just asking you to be merciful in sentencing Marlonn. We are available if you'd like to talk to us before you sentence, we know that Marlonn is grown, and has to answer for what was done. We just wanted you to know that if you could find it in your position to be merciful, we would be eternally grateful. Nevertheless, we are yet praying for God's will to be done, as we know that all things work together for the good for them that love the Lord.

Sincerely yours,

*Leroy & Sharron Hicks*

Leroy & Sharron Hicks
417 165th Street
Hammond, IN 46324-1327
219-853-1509



Mr.'s Mrs. Leon Hider
419 165th St.
Hammond, IN 46324

Judge Van Bokkelen JUN 13 2017

FOR: **The Honorable Magistrate Judge Andrew P. Rodovich**
United States District Court for the Northern District of Indiana
Courtroom 7 on the 3rd floor
5400 Federal Plaza
Suite 3400
Hammond, IN 46320
rodovich_chambers@innd.uscourts.gov
(219) 852-6600