UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.:  2:16 CR 150 |
| | ) | |
| MARLONN HICKS | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

The defendant, Aleksandar Marlonn Hicks, by counsel Scott King, moves to continue the sentencing hearing currently scheduled for October 26, 2017 and states:

1. Moving counsel's upcoming trial schedule will compromise his ability to be adequately prepared to conduct the hearing by the currently scheduled date.  That schedule includes murder trials scheduled for October 10 and 23, 2017 in the Lake Superior Court.

2. The government, by AUSA Joshua Kolar, does not object to the granting of this Motion.

3. Moving counsel has discussed the filing of this Motion and the consequences thereof including its impact upon his rights under the Speedy Trial Act with the defendant who, being fully advised, consents to this filing.

WHEREFORE, the defendant requests that the sentencing hearing currently scheduled in this matter be continued and for all other appropriate relief.

                Respectfully submitted,

                s/_Scott_King_____
                Scott King

                Attorney for Defendant
                Scott King Group
                9211 Broadway
                Merrillville, IN 46410
                (219) 769-6300
                FAX: (219) 769-0633

sking@scottkinggroup.com

**CERTIFICATE OF SERVICE**

I certify that on October 3rd, 2017 I filed the foregoing document using the CM/ECF filing system that served copies on all counsel of record.

s/_Scott_King_____
Scott King