UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:16 CR 150 |
| | ) | |
| MARLONN HICKS | ) | |

### DEFENDANT'S MOTION TO EXTEND FILING DATE FOR SENTENCING MEMORANDUM

The defendant, Aleksandar Marlonn Hicks, by counsel Scott King, moves to extend the filing deadline for the defendant's Sentencing Memorandum to March 22, 2018 and states:

1. There was a technical problem with accessing certain materials provided by the government that are referenced in the Government's Sentencing Memorandum. This problem was corrected by the government but has delayed the preparation by moving counsel of the Defendant's Memorandum, including the ability to review said materials with the defendant.

2. The government, by AUSA Joshua Kolar, does not object to the granting of this Motion.

3. Moving counsel has discussed the filing of the Motion and the consequences thereof including its impact upon his rights under the Speedy Trial Act with the defendant who, being fully advised, consents to this filing.

WHEREFORE, the defendant requests that the filing date for the Defendant's Sentencing Memorandum be extended to March 22, 2018 and for all other appropriate relief.

Respectfully submitted,

s/ Scott King
Scott King

Attorney for Defendant

King, Brown & Murdaugh, LLC
9211 Broadway
Merrillville, IN 46410
(219) 769-6300
FAX: (219) 769-0633
sking@kbmtriallawyers.com

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2018 I filed the foregoing document using the CM/ECF filing system that served copies on all counsel of record.

s/_Scott_King_____
Scott King