UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:16 CR 150 |
| | ) | |
| MARLONN HICKS | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

The defendant, Aleksandar Marlonn Hicks, by counsel Scott King, moves to continue the sentencing hearing currently scheduled for March 30, 2018 and states:

1. On March 26, 2018 moving counsel is scheduled to begin a murder trial in the Laporte County (Indiana) Circuit Court in State v. Kersee Anderson. This trial date was confirmed on March 16, 2018 at a pre-trial hearing in that case. The trial is anticipated to last approximately 5-7 days. This schedule conflict precludes moving counsel from preparation for and participation in the currently scheduled sentencing date in this case.

2. The government, by AUSA Joshua Kolar, does not object to the granting of this Motion.

3. Moving counsel has discussed the filing of this Motion and the consequences thereof including its impact upon his rights under the Speedy Trial Act with the defendant who, being fully advised, consents to this filing.

WHEREFORE, the defendant requests that the sentencing hearing currently scheduled in this matter be continued and for all other appropriate relief.

Respectfully submitted,

s/_Scott_King_____
Scott King

Attorney for Defendant
King, Brown & Murdaugh LLC

                                        9211 Broadway
                                    Merrillville, IN 46410
                                    (219) 769-6300
                                FAX: (219) 769-0633
                            sking@kbmtriallawyers.com

## CERTIFICATE OF SERVICE

      I certify that on March 20th, 2018 I filed the foregoing document using the CM/ECF filing system that served copies on all counsel of record.

                                    s/_Scott_King_____
                                    Scott King