UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CAUSE NO:  2:16 CR 150 |
| ) | |
| MARLON HICKS ) | |

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

INTRODUCTION

On July 16th, 2018 at the initial sentencing hearing in this matter, the Court continued sentencing and invited the parties to share any caselaw involving sentences for convictions under 18 USC §842(p) for the Court's consideration in formulating a sentence in this matter.  The defendant's research has revealed the following:

1. *United States v. Reynolds,* 374 Fed. Appx. 356; 2010 U.S. App. Lexis 5614.

Defendant was indicted and convicted by a jury of multiple charges including 18 USC §§2339B; 2339A; 373; 842 (p)(2) and 5861, while acquitted of one charge of 5861.  He was sentenced to 360 months of imprisonment; three (3) years supervised release and fined $500.00.  The Third Circuit Court of Appeals affirmed the District Court's judgment.

2. *United States v. Amawi,* 695 F.3d 457; 2012 U.S. App. Lexis 17854, **2; 2012 FED App. (6th Cir.)

Three (3) defendants were convicted by a jury of conspiracy to kill and maim persons outside the United States in violation of 18 USC §956(a)(1) and conspiracy to provide material support to terrorists in furtherance of killing U.S. nationals in violation of 18 USC §2339A.  In addition, two (2) of the three defendants were convicted of violation of 18 USC §842(p)(2)(A).  The three (3) defendants were sentenced to below-Guidelines-range terms of 240; 144 and 100 months respectively.  *Id.* At 465

These cases are the product of the defendant's research of sentences imposed in cases involving the crime of conviction here and are submitted for the Court's consideration.

                Respectfully submitted,

                s/  Scott King
                Scott King, #5208-45

                King, Brown & Murdaugh LLC
                9211 Broadway
                Merrillville, IN 46410
                (219) 769-6300
                FAX:  (219) 769-0633
                sking@kbmtriallawyers.com

CERTIFICATE OF SERVICE

I hereby certify that on August 13th, 2018 I electronically filed the foregoing DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM with the Clerk of the

Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter, all of whom are CM/ECF participants.

                                                                                                  s/Scott King
                                                                                                     Scott King