MY CHARACTER LETTER          02-14-18

① To: Judge Joseph S. Van Bokkelen

From: Marlonn Joseph-Lahroy Hicks

FILED
AUG 20 2018
At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Hello your honor my name is Marlonn I prefer Marty as my nickname and also on my work badge, I'm writing this letter to let you know who I am. I'm 31 years old, I was born in Joliet, IL at Silver Cross Hospital (same place as my wife) my family stayed in Joliet, until I was about 2 years old then we moved to Riverdale IL. We lived there for a short while then we moved to the Robert Taylor projects off of 39th which is also called Pershing Road. A little while later at about the age of 7 years old we moved to the south side on 56th and Princestone still in Illinois. We stayed in Illinois from the year I was born (Oct, 15, 1986) until 1998 then we moved finally to 417 165th St. Hammond, IN. (I have resided in Lake County ever since 1998 until right now except from 2007 to 2008 I lived in Calumet City, IL about 5 mins from Hammond) Your honor my first job was in the summer of 1994 I, thanks to my mother became a volunteer medical stocker, I never knew I was working I just thought it was sort of a game of open the box and put the items on the shelves and count them lol T-T but that was the start of my favorite job, a stocker. I worked there every summer and many weekends up until 2003, by then I already had 9 years of stocking experience and I was only 17 year old. (I worked as a volunteer at the Veteran Affairs

THANKS

Chicago West Side Medical Center, which is now called the Jesse Brown V.A. Medical Center and also I've worked at the Adam Benjamin Jr. V.A. Medical Center right here in Lake County (Crown Point, IN.) I've worked at Menards in Hammond as my first paying job in 2003 as a morning stocker, then Wal-Mart in DeKalb, IL, (while my wife was in college I was right there working LOL) then when she came home I worked at Walmart in Lansing, IL then I worked at ISM Security in Griffith, IN then by 2008 I got a job as a porter and minor mechanic at Premier Auto Sales in Porter County, (I worked there from 2008-2012) then I started working for Man Power in Highland and that is where I still find jobs up until now I also worked seasonal at UPS in 2014. (That's my career info your honor) I'm very work oriented, I have been working Judge for 23 years your honor (minus 20 months of being here) once again I'm 31 I have been with my wife for 17 years and I have been a Muslim for about 9-10 years (I am not a criminal, I am not a menace to society, I made a mistake, I have no prior felony convictions your honor, and I just want to say I'm sorry for being in front of you under such circumstances/had I the intent to really bomb something or blow up someone I would not share it on world wide social media your honor I am not a terroist!!! I have no children but I'm a family man I love my wife and I would like a chance to get out a go get my wife (please, everyone else has had no mercy so I'm asking you to use alternative sentencing please your honor.) THANKS

(PART 2)

FAMILY AND MY WIFE

② TO: Judge JOSEPH S. VAN BOKKELEN
FROM: MARLONN JOSEPH-LAHROY HICKS

continued →

YOUR HONOR MY ATTORNEY SAYS THAT MY FINAL JUDGEMENT IS UP TO YOUR DISCRETION AND THAT YOU CAN GIVE ME TIME SERVED, PROBATION, HOUSE ARREST, MONITORING MY WHEREABOUT, WHAT I LOOK AT ONLINE I HEAR THERE ARE A FEW ALTERNATIVES, AND IT IS ALL UP TO YOU YOUR HONOR I MISS MY WIFE SO MUCH THE P.P. I ORIGINALLY HAD TOLD ME THAT I COULD SEE HER BUT SHE LIED YOUR HONOR I HAVEN'T TOUCHED MY WIFE, KISSED HER, HUGGED HER IN 20 MONTHS SHE CAME AND SAW ME YESTERDAY! YOUR HONOR A SURPRISE VISIT OUT OF THE BLUE! FOR A WHOLE HOUR!! GOD TRULY ANSWERS PRA- YOUR HONOR PLEASE GIVE ME A CHANCE. HAVE SPENT THE LAST 20 MONTHS IN JAIL AWAY FROM MY SOULMATE AND MAYBE FOR NOT MOST PEOPLE BUT FOR ME THAT IS AN ETERNITY OF PUNISHMENT. YOUR HONOR PEOPLE DO THINGS OUT OF EMOTIONAL FEELINGS JUST LIKE MY WIFE DOES THINGS LED BY EMOTIONS YOUR HONOR I'M SORRY. YOUR HONOR PLEASE REMEMBER THAT WHILE THERE COULD HAVE BEEN VICTIMS THERE IS NOT ONE THE ONLY PEOPLE HURT BEHIND MY SHARING THE FILES ARE ME, MY WIFE, AND MY PARENTS AND YOUR HONOR I SWEAR, GOD IS MY WITNESS I HAD NO INTENTION of the files BEING used FOR HURTING PEOPLE YOUR HONOR I HAD A SHOTGUN THAT I PAWNED AND A 9MM PISTOL THAT I PAWNED FOR MONEY TO PAY BILLS IF I HAD THE INTENTION OF HURTING PEOPLE I COULD HAVE USED THOSE WEAPONS YOUR HONOR I'M NOT A CRIMINAL I'M NOT A MENACE TO SOCIETY YOUR I'M NOT A TERROIST, I'M A BIG TEDDY BEAR THAT GOT EMOTIONAL AFTER SEEING MUSLIM

women and children being blown to pieces, being shot, being killed. Your Honor I was angry but I'm not a bad person. I'm very soft and kind hearted. I am only a piece of clay, your Honor and I make mistakes and I have emotions I'm not a robot I do get mad and I'm sorry I deserve my wife your Honor God gave me her! And I know he is going to fix us through your judgement. Your Honor my mother is sick she has a blood clot in her lung and in her leg and that is not all your Honor my father has one foot in the grave he is very sickly and he says all he wants before he dies is to see me free Your Honor I have apologized over and over again for 20 months I don't know what else to do!! Except prove to you if you let me out, I have no other way to show you who I am but I promise you your Honor if you give me mercy I will never be seen in a court room facing not even a traffic ticket again! Your Honor once again I'm 31, I have worked for 23 years of my life I have been with my wife for 17 years your Honor my wife is very upset with me for being here! Everyone is! I'm so ashamed! But your Honor after praying and praying and crying to God every day your Honor she came to see me even though she came only cause she wanted to see me not because I wanted to see her either way she came! Your Honor I know she is angry enough to strangle me to death but your Honor I pray for my wife and marriage every day she says I shouldn't have come here but Your Honor I know that if you let me go home Your Honor I know she will be there! Cause after seeing my wife yesterday I know God hears me! Thanks,

# MY PUNISMENT

02-17-10

TO: Judge JOSEPH S. VAN BOISKELEN

FROM: MARLONN JOSEPH-LAHROY HICKS

I FEEL THAT THE PUNISHMENT FOR ME THAT I NEED AT THE WORSE IS 240 MONTHS PROBATION WITH TIME SERVED. (I FEEL THAT WAY BECAUSE IN 31 YEARS I HAVE NEVER BEEN IN ANY REAL TROUBLE, FOR NO HIGH SCHO DIPLOMA AND FOR BEING RAISED UP IN SOME OF THE MOST POOR PLACES I THINK ITS GOOD MAYBE IM WRONG BUT THAT IS WHAT I THINK I NEED) THE PUNISHMENT I WANT IS 240 MONTHS IN THE B.O.P., EVERY 2 DAYS TO BE COUNTED AS ONLY 1, SERVED AT 100%, AND TAKE AWAY THE 20 MONTHS OF COUNTY TIME I JUST SERVED. THAT'S 480 MONTHS (I FEEL THIS WAY BECAUSE, Judge THE PAST 20 MONTHS OF MY LIFE HAVE BEEN HELL ON EARTH. YOUR HONOR I HAVE ENCLOSED A CARD FROM MY WIFE THAT I RECEIVED ON THIS DAY 1 YEAR AGO ON MY WEDDING ANNIVERSARY, YOUR HONOR MY WIFE IS MY LIFE, THE CARD SHE SENT ME IS MY ONLY HOPE IN LIFE OR IT WAS YOU SEE Judge 34 DAYS AFTER SHE SENT MY THAT CARD SHE TOOK MY HEART AND SOUL OUT OF MY BODY AND I HAVE BEEN MENTALLY DESTROYED EVERY SINCE WOMEN ARE EMOTIONAL DURING THESE TIMES I UNDERSTAND THIS. EVERY ONE THAT I HAVE SPOKEN TO ABOUT MY WIFE SAYS SHE WILL BE THERE WHEN I GET OUT EVEN HER MOTHER BUT JUDGE I ASKED HER IF SHE LOVED ME AND SHE SAID "UH-UN" WHICH MEANS NO AND I DIDN'T THINK IT COULD GET WORSE UNTIL SHE SAID THAT. THE PAINS IN MY CHEST EVERY SECOND BEING HERE AWAY FROM HER EVERY TIME I CLOSE MY EYES AND EVERY TIME I OPEN THEM I SEE HER, SHE IS MY ALL

MY WORLD, MY EVERYTHING! T-T YOUR HONOR SHE STOPPED SEEING ME, SHE BLOCKED ALL MY CALLS, SHE WON'T VISIT ME, SHE EVEN SAYS WE ARE NOT MARRIED! EVEN THOUGH SHE PICKED THE RING, THE DAY OF FEB 14th AND BOUGHT A HIJAB TO WEAR IN THE MASJID WHEN WE GOT MARRIED THEN AFTER SAYING SHE WOULDN'T NOT DO EVERYTHING I JUST INFORMED YOU OF SHE DID IT! THEN AFTER PUSHING ME AWAY SHE SAYS SHE RESENTS ME, THEN TURNS RIGHT BACK AROUND AND SAYS SHE FEELS LESS THAN A HUMAN FOR TREATING ME HOW SHE DID AND WHAT SHE DID!!! YOUR HONOR A PART OF ME FEELS SHE WILL BE THERE IF YOU LET ME GO ON PROBATION, TIME SERVED, BUT YOUR HONOR IF YOU LET ME GO ON PROBATION AND SHE IS NOT THERE T-T YOUR HONOR EVERY WHERE I GO, EVERY STEP, EVERY MEAL EVERY STORE, EVERY TIME IT RAINS, EVERY TIME I WAKE UP, EVERY TIME I GO TO SLEEP, EVERY THING I DO I WILL SEE HER AND SHE WON'T BE THERE! AND YOUR HONOR I CAN'T HANDLE THE STRESS, THE KIND OF MENTAL SORROW, THE PHYSICAL ANGUISH, THE PAIN AND AGONY OF LOSING MY WIFE! A PERSON WHO IS THE PHYSICIAN OF MY SOUL!, MY BEST FRIEND! JUDGE, YOUR HONOR, WE HAVE BEEN TOGETHER FOR 17 YEARS, YOUR HONOR IM ONLY 31 YEARS OLD AND JUDGE WE WERE BORN IN THE EXACT SAME HOSPITAL!, YOUR HONOR I CAN'T LIVE WITHOUT HER I DON'T KNOW IF SHE WILL BE THERE BUT IM SO TERRIFIED THAT SHE WON'T BE THAT EVEN THOUGH I KNOW THERE ARE OTHER OPTIONS VS PRISON AND SOME PEOPLE SAY MOVE ON IT IS VERY CLEAR TO ME THAT A PERSON THAT WOULD SAY SUCH A THING HAS NEVER TRULY LOVED A PERSON WITH ALL THEIR SOUL! AS I HAVE LOVED HER SO THAT IS WHY I WANT TO GO AND DIE IN PRISON I CAN'T TAKE LIFE WITHOUT MY WIFE!)  Bless You Judge

TO: Judge Joseph S. Van Bokkelen
FROM: Marlonn Joseph-Lahroy Hicks

Your Honor, I do not know if you believe in the son of Mary (Jesus Christ) peace be upon him. Many say they do but are not followers of his doctrine. I as a Muslim have to believe in him and so I write you a few things he told his followers in "The Gospel of Barnabas"

**VENGENCE**
Chapter 63-65 reads as follows:

Jesus passed near unto a city of the Samaritans, and they would not let him enter the city, nor would they sell bread to his disciples. Wherefore said James and John: "Master, may it please thee that we pray God that he send down fire from heaven upon these people?" Jesus answered: "Ye know not by what spirit ye are led, that ye so speak. Remember that God determined to destroy Nineveh because he did not find one who feared God in that city; the which was so wicked that God, having called Jonah the prophet to send him to that city, he would fain for fear of the people have fled to Tarsus, so God caused him to be cast up into the sea, and received by a fish and cast up nigh to Nineveh. And he preaching there, that people was converted to repentance, so that God had mercy on them. Woe unto them that call for vengence; for on themselves it shall come, seeing that every man hath in himself cause for the vengeance of God. Now tell me, have ye created this city with this people? O madmen that ye are, assuredly no. For all creatures united together could not create a single new fly from nothing, and this it is to create. If the blessed God who hath created this city now sustaineth it, why desire ye to destroy it? Why didst thou not say: 'May it please thee, Master, that we pray to the Lord our God that this people may be converted to penitence?' Assuredly this is the proper act of a disciple of mine, to pray to God for those who do evil. Thu
→ OVER

THUS DID ABEL WHEN HIS BROTHER CAIN, ACCURSED OF GOD, SLEW HIM. THUS DID ABRAHAM FOR PHARAOH, WHO TOOK FROM HIM HIS WIFE, AND WHOM, SO, THE ANGEL OF GOD DID NOT SLAY, BUT ONLY STRUCK WITH INFIRMITY. THUS DID ZECHARIAH WHEN, BY DECREE OF THE IMPIOUS KING, HE WAS SLAIN IN THE TEMPLE. THUS DID JEREMIAH, ISAIAH, EZEKIEL, DANIEL, AND DAVID, WITH ALL THE FRIENDS OF GOD AND HOLY PROPHETS. TELL ME, IF A BROTHER WERE STRICKEN WITH FRENZY, WOULD YOU SLAY HIM BECAUSE HE SPOKE EVIL AND STRUCK THOSE WHO CAME NEAR HIM? ASSUREDLY YE WOULD NOT DO SO, BUT RATHER WOULD YE ENDEAVOUR TO RESTORE HIS HEALTH WITH MEDICINES SUITABLE TO HIS INFIRMITY. AS GOD LIVETH, IN WHOSE PRESENCE MY SOUL STANDETH, A SINNER IS OF INFIRM MIND WHEN HE PERSECUTETH A MAN, FOR TELL ME, IS THERE ANYONE WHO WOULD BREAK HIS HEAD FOR THE SAKE OF TEARING THE CLOAK OF HIS ENEMY? NOW HOW CAN HE BE OF SANE MIND WHO SEPARATETH HIMSELF FROM GOD, THE HEAD OF HIS SOUL, IN ORDER THAT HE MAY INJURE THE BODY OF HIS ENEMY? TELL ME, O MAN, WHO IS THY ENEMY? ASSUREDLY THY BODY, AND EVERY ONE WHO PRAISETH THEE. WHEREFORE IF THOU WERT OF SANE MIND THOU WOULDST KISS THE HAND OF THOSE WHO REVILE THEE, AND PRESENT GIFTS TO THOSE WHO PERSECUTE THEE AND STRIKE THEE MUCH; BECAUSE, O MAN, BECAUSE THE MORE THAT FOR THY SINS THOU ART REVILED AND PERSECUTED IN THIS LIFE THE LESS SHALT THOU BE IN THE DAY OF JUDGEMENT. BUT TELL ME, O MAN, IF THE SAINTS AND PROPHETS OF GOD HAVE BEEN PERSECUTED AND DEFAMED BY THE WORLD EVEN THOUGH THEY WERE INNOCENT, WHAT SHALL BE DONE TO THEE, O SINNER? AND IF THEY ENDURED ALL WITH PATIENCE, PRAYING FOR THEIR PERSECUTORS, WHAT SHOULDST THOU DO, O MAN, WHO ART WORTHY OF HELL? TELL ME YE ARE ANGRY WITH THIS CITY CAUSE THEY WOULD NOT SELL US BREAD OR RECEIVE US? TELL ME, ARE THESE PEOPLE YOUR SLAVES? HAVE YE GIVEN THEM THIS CITY? HAVE YE GIVEN THEM THEIR CORN? HAVE YE HELPED THEM REAP IT? ASSUREDLY NO, YE ARE STRANGERS HERE, AND POOR MEN. WHAT THING IS THIS THAT THOU SAYEST? THE TWO DISCIPLES ANSWERED: LORD, WE HAVE SINNED; MAY GOD HAVE MERCY ON US. AND JESUS ANSWERED: SO BE IT.

MORAL IS: PRAY FOR THOSE THAT WRONG YOU, SO THAT GOD MAY HELP THEM.

TO: Judge JOSEPH S. VAN BOKKELEN
FROM: MARLONN JOSEPH-LAHROY HICKS

**OF PUTTING AWAY OFFENSES. CHAPTER 88 READS AS FOLLOWS:**

PETER SAID: "HOW MUST I CORRECT MY BROTHER IF HE SIN AGAINST ME?" JESUS ANSWERED: "IN THE WAY THAT THOU THYSELF WOULDST FAIN BE CORRECTED AND AS THOU WOULDST FAIN BE BORNE WITH, SO BEAR WITH OTHERS. BELIEVE ME, PETER, FOR VERILY I SAY UNTO THEE THAT EVERY TIME THOU SHALT CORRECT THY BROTHER WITH MERCY THOU SHALT RECEIVE MERCY OF GOD, AND THY WORDS SHALL BEAR SOME FRUIT; BUT IF THOU SHALT DO IT WITH RIGOUR, THOU SHALT BE RIGOROUSLY PUNISHED BY THE JUSTICE OF GOD, AND SHALT BEAR NO FRUIT. TELL ME, PETER; THOSE EARTHEN POTS WHEREIN THE POOR COOK THEIR FOOD — DO THEY WASH THEM, PERCHANCE, WITH STONES AND IRON HAMMERS? NAY, ASSUREDLY; BUT RATHER WITH HOT WATER. VESSELS ARE BROKEN IN PIECES WITH IRON, THINGS OF WOOD ARE BURNED WITH FIRE; BUT MAN IS AMENDED WITH MERCY. SO, WHEN THOU SHALT CORRECT THY BROTHER THOU SHALT SAY TO THYSELF: "IF GOD HELP ME NOT, I SHALL DO TOMORROW WORSE THAN ALL THAT HE HATH DONE TODAY."" MORAL: SHOW MERCY

**THE SOUL AND THE SENSE CHAPTER 106 READS AS FOLLOWS:**

THADDAEUS SAID: 'O MASTER, WHEN THE SENSE LEAVETH THE LIFE, A MAN HATH NOT LIFE.'
JESUS SAID: 'THIS IS NOT TRUE, BECAUSE MAN IS DEPRIVED OF LIFE WHEN THE SOUL DEPARTETH; BECAUSE THE SOUL RETURNETH NOT ANY MORE TO THE BODY, SAVE BY MIRACLE. BUT SENSE DEPARTETH BY REASON OF FEAR THAT IT RECEIVETH, OR BY REASON OF GREAT SORROW THAT THE SOUL HATH. FOR THE SENSE HATH GOD CREATED FOR PLEASURE, AND BY THAT ALONE IT LIVETH, EVEN AS THE BODY LIVETH BY FOOD AND THE SOUL LIVETH BY KNOWLEDGE AND LOVE. MORAL: SENSE LEAVES A MAN BY REASON OF GREAT SORROW THAT THE SOUL HATH, OR BY REASON OF FEAR THAT IT RECEIVETH.

CONCERNING JUDGMENT CHAPTER 50 READS AS FOLLOWS: "TELL ME, O MAN, THOU THAT JUDGEST ANOTHER MAN DOST THOU NOT KNOW THAT ALL MEN HAD THEIR ORIGIN IN THE SAME CLAY? DOST THOU NOT KNOW THAT NONE IS GOOD SAVE GOD ALONE? WHEREFORE EVERY MAN IS A LIAR AND A SINNER, OH, HOW DANGEROUS IT IS TO JUDGE! OH, HOW MANY HAVE PERISHED BY THEIR FALSE JUDGEMENT! SATAN JUDGED MAN TO BE MORE VILE THAN HIMSELF, THEREFORE HE REBELLED AGAINST GOD, HIS CREATOR. WHEREFORE HE IS IMPENITENT, AS I HAVE KNOWLEDGE BY SPEAKING WITH HIM, VERILY I SAY UNTO YOU, AS GOD LIVETH IN WHOSE PRESENCE I STAND, FALSE JUDGEMENT IS THE FATHER OF ALL SINS. THEREFORE I SAY UNTO YOU JUDGE NOT AND YE SHALL NOT BE JUDGED, MORAL: JUDGE CAREFULLY PLEASE DON'T DEPRIVE ME OF MY WIFE AND FAMILY ANY LONGER FOR A MISTAKE AND NO VICTIM AND YOUR HONOR I HAVE BEEN IN ANGUISH FOR 20 MONTHS YOUR HONOR PLEASE,

PARABLE OF THE APPLES CHAPTER 132, 134 READS AS FOLLOWS: JESUS SAID: "THERE WENT FORTH TWO MEN TO SELL APPLES, THE ONE CHOSE TO SELL THE PEEL OF THE APPLE FOR ITS WEIGHT IN GOLD, CARING NOUGHT FOR THE SUBSTANCE OF THE APPLES, THE OTHER DESIRED TO GIVE THE APPLES AWAY, RECEIVING ONLY A LITTLE BREAD FOR HIS JOURNEY, BUT MEN BOUGHT THE PEEL OF THE APPLES FOR ITS WEIGHT IN GOLD, CARING NOT FOR HIM WHO WAS FAIN TO GIVE THEM, NAY EVEN DESPISING HIM. PARABLE EXPLAINED: "THOSE TWO MEN THAT SELL APPLES ARE — THE ONE, HE WHO PREACHETH FOR LOVE OF GOD, WHEREFORE HE FLATTERETH NONE, BUT PREACHETH IN TRUTH, SEEKING ONLY A POOR MAN'S LIVELIHOOD. AS GOD LIVETH, IN WHOSE PRESENCE MY SOUL STANDETH, SUCH A MAN IS NOT RECEIVED BY THE WORLD, BUT RATHER DESPISED, BUT HE WHO SELLETH THE PEEL FOR ITS WEIGHT IN GOLD, AND GIVETH THE APPLE AWAY, HE IT IS WHO PREACHETH TO PLEASE MEN; AND, SO FLATTERING THE WORLD, HE RUINETH THE SOUL THAT FOLLOWETH HIS FLATTERY. AH! HOW MANY HAVE PERISHED FOR THIS CAUSE!" MORAL: THE WORLD DESPISES THE TRUTH! T-T