UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.:  2:16 CR 150 |
| | ) | |
| MARLONN HICKS | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Scott King (Respondent) responds as follows to this Court's Order to Show Cause issued December 18, 2019 [DE 75]:

1. On February 5, 2019 Marlonn Hicks, the defendant, filed his Motion to Obtain Discovery in this cause.  [DE61]

2. On that date, Respondent directed one of his assistants by email to prepare and send the discovery to Marlonn Hicks.  A copy of that email is attached hereto as Exhibit A.

3. Due to format issues, Respondent was unable to copy DVD's provided by the government as part of the discovery.

4. On February 7, 2019 the discovery materials other than the said DVD's were mailed to Marlonn Hicks.  A copy of the cover letter included in that mailing is attached hereto as Exhibit B.

5. Any further communication related to this issue was referred to staff who operated under the belief that Respondent's office had complied with Marlonn Hicks' request.

6. Upon receipt of this Court's Order of December 18, 2019 [DE 75], the following day Respondent mailed the original DVD's to Marlonn Hicks.  A copy of the cover letter to that mailing is attached hereto as Exhibit C.

7. At no time did Respondent knowingly fail to follow this Court's Order or directive. Any failure of compliance was unintentional on the part of Respondent or any member of his office.

WHEREFORE, Respondent requests that this Court determine that adequate cause has been demonstrated by Respondent that he was not and is not in contempt of this Court and for all other appropriate relief.

Respectfully submitted,

s/_Scott_King_____
Scott King

Attorney for Defendant
King, Brown & Murdaugh LLC
9211 Broadway
Merrillville, IN 46410
(219) 769-6300
FAX: (219) 769-0633
sking@kbmtriallawyers.com

### CERTIFICATE OF SERVICE

I certify that on January 15th, 2020 I filed the foregoing document using the CM/ECF filing system that served copies on all counsel of record.

s/_Scott_King_____
Scott King