## DeTaushae Williams

**From:** DeTaushae Williams
**Sent:** Wednesday, February 6, 2019 12:10 PM
**To:** Scott King
**Subject:** RE: Activity in Case 2:16-cr-00150-JVB-APR United States of America v. Hicks Motion for Discovery

Sir we are not able to burn federal disc. Did you want me to send him all original discs.

**From:** Scott King
**Sent:** Tuesday, February 5, 2019 12:44 PM
**To:** DeTaushae Williams <dwilliams@kbmtriallawyers.com>
**Subject:** FW: Activity in Case 2:16-cr-00150-JVB-APR United States of America v. Hicks Motion for Discovery

We need to package these materials and prepare to send to client.

**From:** CMECFinnd@innd.uscourts.gov <CMECFinnd@innd.uscourts.gov>
**Sent:** Tuesday, February 5, 2019 11:17 AM
**To:** CMECFinnd@innd.uscourts.gov
**Subject:** Activity in Case 2:16-cr-00150-JVB-APR United States of America v. Hicks Motion for Discovery

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court Northern District of Indiana [LIVE]

### USDC Northern Indiana

## Notice of Electronic Filing

The following transaction was entered on 2/5/2019 at 12:17 PM EST and filed on 2/4/2019
**Case Name:** United States of America v. Hicks
**Case Number:** 2:16-cr-00150-JVB-APR
**Filer:** Dft No. 1 - Marlonn Hicks
**Document Number:** 61

**Docket Text:**
**MOTION to Obtain Discovery From Attorney by Marlonn Hicks. (Attachments: # (1) Envelope) (rmf)**

EXHIBIT A