

# KING, BROWN & MURDAUGH, LLC
## TRIAL LAWYERS

**Scott King**
sking@kbmtriallawyers.com
(O) 219.769.6300
(C) 219.789.2733
(F) 219.769.0633
9211 Broadway
Merrillville, IN 46410

December 19, 2019

Marlonn Hicks #16502-027
MC DOWELL FCI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 1009
WELCH, WV 24801

Re: Your File- Attorney/ Client Privilege- **CONFIDENTIAL**

Dear Mr. Hicks

Sorry for the inconvenience, enclosed please find your original discovery disc. Please note that these are the **original** documents from our file and we have not maintained any additional copies. Therefore, we will be unable to provide any additional documents in the future, simply because we do not have any.

If you have any questions please feel free to call.

Sincerely,

KING, BROWN & MURDAUGH, LLC.

By: _DeTaushae Williams_
DeTaushae Williams
Legal Assistant

SK/dw

Enclosure

Scott King is licensed in Indiana
Russell W. Brown Jr. and
Lakeisha Murdaugh are licensed
in Indiana and Illinois



EXHIBIT C