AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARLONN HICKS
    Petitioner

v.   **Civil Action No.** 2:20cv133
arising from Case No: 2:16cr150

UNITED STATES OF AMERICA
    Respondent

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is DENIED. Petitioner is DENIED to enter certificate of appealability.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Joseph S Van Bokkelen on Motion to Vacate under 28 U.S.C. 2255.

DATE:   1/18/2023        CHANDA J. BERTA, ACTING CLERK OF COURT
    by   s/R. Figueroa
    *Signature of Clerk or Deputy Clerk*